## The District Court of the 9th Judicial District.
## County of Pondera.

STATE OF MONTANA,
    Plaintiff,                            CAUSE NO. DC-11-146
vs.                                     DECISION
RAYMOND LEE VANDENBOS,
    Defendant.

On June 27, 2013, the Defendant was sentenced for Count I: Driving Under the Influence of Alcohol, a felony, in violation of Section 61-8-401, MCA, second felony offense; committed to the Department of Corrections for a term of Five (5) years. Defendant shall receive credit for 2 days served in jail prior to sentencing. Court recommends placement in the WATCh II program followed by placement in an appropriate pre-release program; $1,000 fine suspended; and other terms and conditions given in the Sentence on June 27, 2013.

On November 7, 2013, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Ed Sheehy, Jr., Montana Office of Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that, "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is ·inadequate or excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 7th day of November, 2013.

DATED this 12th day of December, 2013.

Chairperson, Hon. Loren Tucker, Member Hon. Brad Newman and Member Hon. Kathy Seeley.